**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE:<br>WILLIAM ALEXANDER CUBBA<br>MELISSA DIANE CUBBA<br>223 E MAIN ST<br>WAVERLY, TN 37185-2119 | Case No.04-12937-GP3-13<br>JUDGE GEORGE C PAINE<br>DATE: October 22, 2009 |

### TRUSTEE'S REPORT OF UNCLAIMED MONIES

In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein. Included with this filing, is the sum of **$17.88** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| AT & T | ATTN: BANKRUPTCY DEPT<br>P O BOX 769<br>ARLINGTON, TX 76004 | $17.88 |

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 190664
NASHVILLE, TN 37219-0664
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com